UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER BRYAN TORRES,<br><br>        Plaintiff,<br><br>-against-<br><br>THE AMERICAN MUSEUM OF NATURAL HISTORY and JUAN MONTES, individually,<br><br>        Defendants. | Civil Action No.: 1:17-cv-02825-GBD<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AMERICAN MUSEUM OF NATURAL HISTORY. by and through the undersigned counsel of record, hereby states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of any stock..

Date: May 10, 2017
      New York, New York

                                        *s/ Christine L. Hogan*
                                        Christine L. Hogan
                                        LITTLER MENDELSON
                                           A Professional Corporation
                                        900 Third Avenue
                                        New York, NY  10022.3298
                                        212.583.9600

                                        Attorneys for Defendants