UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Peter Bryan Torres
               Plaintiff(s)

       -against-                      17cv2825(GBD)
                                    CIVIL CASE MANAGEMENT
The American Museum of Natural History;     PLAN AND SCHEDULING ORDER
Juan Montes, Individually,
               Defendant(s)
-----------------------------------------------------------X

     After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1.     An Initial pretrial conference will be held on **Wednesday, July 12, 2017 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2.     No **Additional parties** may be joined after **October 11, 2017.**

3.     No amendment to the pleadings will be permitted after **October 11, 2017.**

4.     Except for good cause shown, all **discovery shall be commenced** in time to be completed by **December 13, 2017.** The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5.     **Dispositive motions** are to be served by **January 17, 2018.** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6.     A final **pretrial conference** will be held on **February 21, 2018 at 9:45 a.m..**

7.     The **Joint Pretrial Order** shall be filed no later than **February 14, 2018.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8.     All motions and applications shall be governed by the Court's Individual Rules of Practice.

9.     The parties shall be ready for trial within 48 hours, notice on or after **March 14, 2018**. The estimated trial time is ____4____ days, and this is a (jury)(non-jury) trial.

10.    **A Subsequent Case Management Conference** will be held on **November 15, 2017 at 9:45 a.m.**.

Dated: April 21, 2017
       New York, New York

SO ORDERED:

_____
**George B. Daniels**
**United States District Judge**

Attorney for Plaintiff(s)
Edgar M. Rivera

Attorney for Defendant(s)
Ivre A. Gudbadia

-2-