# THE HARMAN FIRM, LLP

**Attorneys & Counselors At Law**
www.theharmanfirm.com

September 21, 2017

<u>**VIA ECF**</u>

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *Torres v. The American Museum of Natural History*, **17 CV 2825**

Dear Judge Daniels:

  We represent Plaintiff Peter Bryan Torres in the above-referenced action. We write to inform the Court that Defendant Juan Montes defaulted by not appearing at the September 21, 2017 mediation, which otherwise failed to result in a settlement. As such, the parties intend to submit a new proposed case management plan and scheduling order for the Court's review and approval, and Plaintiff respectfully requests an initial conference before the Court, to the extent that the Court deems one necessary to enter a case management plan and scheduling order.

  Thank you for Your Honor's time and attention to this matter.

               Respectfully submitted,

               Walker G. Harman, Jr.

cc:  All Counsel of Record (via ECF)