UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
PETER BRYAN TORRES,

                Plaintiff,

  -against-

THE AMERICAN MUSEUM OF NATURAL
HISTORY and JUAN MONTES, *Individually*,

                Defendants.
---------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17 Civ. 2825 (GBD) (HBP)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _X_ | Settlement | | Purpose:_____ |
| ___ | Inquest After Default/Damages Hearing | ___ | Habeas Corpus |
| | | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | All such motions:___ |

Dated: October 2, 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge