# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
220 Fifth Avenue, Suite 900
New York, New York 10001
T: 212.425.2600 F: 212.202.3926
E: wharman@theharmanfirm.com

February 6, 2018

<u>VIA ECF</u>

Hon. Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Peter Bryan Torres v. The American Museum of Natural History and Juan Montes*, 17 CV 2825

Dear Judge Pitman:

We represent Plaintiff Peter Bryan Torres in the above-referenced action against Defendants The American Museum of Natural History and Juan Montes. We respectfully request leave to respond to the Defendants' letter (Dct. No. 38), filed on February 6, 2018, to address the flagrant misrepresentations of fact contained in Defendants' letter.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,


<u>s/Walker G. Harman, Jr.</u>
Walker G. Harman, Jr.

cc:   All Counsel of Record (via ECF)